IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-18-05209-GF-JTJ |
| Plaintiff, | VIOLATION: 6531012 |
| vs. | Location Code: M23F |
| JEREMY RYAN SCHEER, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation 6531012 (for a total of $155), and for good cause shown,

IT IS ORDERED that the $155 fine ($125 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6531012.

IT IS FURTHER ORDERED that the bench trial scheduled for March 7, 2019, is VACATED.

DATED this 6th day of March, 2019.

_____
John Johnston
United States Magistrate Judge